[This opinion has been published in *Ohio Official Reports* at 86 Ohio St.3d 1220.]

THE STATE OF OHIO, APPELLANT, *v.* BRUNI, APPELLEE.

[Cite as *State v. Bruni*, 1999-Ohio-242.]

*Appeal dismissed as improvidently allowed.*

(No. 98-2276—Submitted September 15, 1999—Decided October 6, 1999.)

APPEAL from the Court of Appeals for Stark County, No. 98CA00105.

―――――――――――

*Robert D. Horowitz*, Stark County Prosecuting Attorney, and *Frederic R. Scott*, Assistant Prosecuting Attorney, for appellant.

*Kenneth R. Spiert*, for appellee.

―――――――――――

{¶ 1} The appeal is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

―――――――――――